## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: HOLLY L. CLARK<br>AKA HOLLY LYNN CLARK,<br><br>　　　　　　　　　　Debtor.<br>CITIZENS BANK, N.A. f/k/a RBS Citizens, N.A.,<br><br>　　　　　　　　　　Movant,<br><br>　　　　　　　and<br><br>HOLLY L. CLARK<br>AKA HOLLY LYNN CLARK,<br><br>　　　　　　　　　　Debtor. | Chapter 13<br>Case No. 14-12280-BLS<br><br>Document Ref. No. 45 |

### ORDER

**AND NOW, TO WIT,** this 25th day of April, the creditor, Citizens Bank, N.A. f/k/a RBS Citizens, N.A.'s Motion for Relief from Automatic Stay and Request for Adequate Protection having been duly presented, heard and considered;

The Court finds the facts as stated in the creditor's Motion;

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is hereby terminated so as to permit the creditor, its servicers, successors and/or assigns, to enforce its security interest in 127 Landing Drive, Rehoboth, Delaware 19971, through foreclosure proceedings, judicial sale of the property and whatever other legal remedies which may be available to the creditor under applicable State law; and it is further

**ORDERED** that the Debtor must pay $576.00 to Citizens Bank, N.A. f/k/a RBS Citizens, N.A., for attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　J., U.S. Bankruptcy Court